| | |
|---|---|
| DUSTIN YOUNGREN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Asia Focus International Group, Inc.,<br><br>Defendant. | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:26-cv-2234<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: May 11, 2026

David B. Reyes, Esq.
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N,
Brooklyn, NY 11234
O: (844) 731-3343
Tel: (718) 554-0237
Email: Dreyes@ealg.law
*Attorney for Plaintiff*

Law Offices of Nolan Klein, P.A.
Attorneys for Defendant
5550 Glades Road, Suite 500
Boca Raton, FL 33431
PH: (954) 745-0588

By: /s/ Nolan Klein
NOLAN K. KLEIN
Florida Bar No. 647977
klein@nklegal.com
amy@nklegal.com