**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Dustin Youngren

Plaintiff,

v.

Case No.: 1:26−cv−02234
Honorable Virginia M. Kendall

Asia Focus International Group, Inc.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 13, 2026:

MINUTE entry before the Honorable Virginia M. Kendall. Case is dismissed with prejudice pursuant to Stipulation of Dismissal [11] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorneys' fees, except as otherwise agreed to in writing by Parties. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.